CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

 v.

**J. Isaac Castro;**
**Elvira Castro;**
**Demetrio Reyes;**
and Does 1-10,

    Defendants.

Case No.2:16-cv-00658-MCE-EFB

**Notice of Errata and Order Thereon**

Plaintiff's counsel hereby notifies the Court of a typographical error in Plaintiff's Complaint, filed March 29, 2016. ECF-1. In his Complaint, Plaintiff identifies the subject property as being located at or about 2691 S. El Dorado St., Stockton, California. ECF-1 ¶¶ 2-10. A corrected Complaint is being filed concurrently, showing the address as 2619 S. El Dorado St., Stockton, California. Plaintiff apologizes for the error and respectfully requests that the corrected Complaint be the operative Complaint

CENTER FOR DISABILITY ACCESS

Dated: April 8, 2016   By: _____/s/ Amanda Lockhart_____
                                         Amanda Lockhart
                                         Attorney for Plaintiff

## ORDER

The Court having read and considered Plaintiff's Notice of Errata, and good cause appearing, hereby permits Plaintiff to file his proposed Corrected Complaint, and orders that said Complaint be the operative complaint in this matter.

**IT IS SO ORDERED**

**Dated:  April 12, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT