UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

 v.

J. ISAAC CASTRO;
ELVIRA CASTRO;
DEMETRIO REVES**;**
and Does 1-10,

    Defendants,

**Case No**. 2:16-cv-00658-MCE-DB

ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENETS

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to September 30, 2019.

**IT IS SO ORDERED.**

**Dated: September 10, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE