# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. ISAAC CASTRO;<br>ELVIRA CASTRO;<br>DEMETRIO REVES; and Does 1-10,<br><br>    Defendants. | Case: 2:16-cv-00658-MCE-DB<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties' Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been concluded in its entirety, the Clerk of court is ordered to close the file.

IT IS SO ORDERED.

Dated: September 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE